IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARKEON LARELL JAMES SEALS,      )
                                 )
                Plaintiff,       )
                                 )
        v.                       )          1:26cv504
                                 )
WARDEN OF SCOTLAND               )
CORRECTIONAL INSTITUTION         )
et al.,                          )
                Defendants.      )

**ORDER**

On June 3, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's individual capacity claims against Defendants Taylor and Doctor are allowed to proceed but that all other claims are dismissed pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted or for seeking seek monetary damages from defendants with immunity from such relief.

                              /s/   Thomas D. Schroeder
                              United States District Judge
July 1, 2026